x:\ATS52460\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendant ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
JOEL CHALCO,

          Plaintiff,

  -against-

ON SITE:
7 WORLD TRADE COMPANY, L.P., A RUSSO
WRECKING, INC., ET AL,

OFF SITE:
ALAN KASMAN DBA KASCO, ANN TAYLOR STORES
CORPORATION, ET AL,

          Defendants.
------------------------------------------------------------------X

**NOTICE OF ADOPTION**

**08 CIV 2258**

  PLEASE TAKE NOTICE that defendant, ANN TAYLOR STORES CORPORATION as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  To the extent that ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
May 16, 2008

```
                                    ROGER P. McTIERNAN, JR. (RPM 1680)
                                    BARRY, McTIERNAN & MOORE
                                    Attorneys for Defendant
                                    ANN TAYLOR STORES CORPORATION
                                    2 Rector Street – 14th Floor
                                    New York, New York  10006
                                    (212) 313-3600
```

To:

WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway, 12th Floor
New York, New York  10006
(212) 267-3700